OPINION — AG — ** SALES TAXES — COLLECTION — CHARGES ** WHETHER OR NOT THE OKLAHOMA TAX COMMISSION, UNDER 68 O.S. 2702 [68-2702], MAY RECEIVE COMPENSATION FOR THE COLLECTION OF MUNICIPAL SALES TAXES, AFTER JANUARY 1, 1982, IS A QUESTION OF FACT AND MAY NOT BE ANSWERED AS A MATTER OF LAW. (MUNICIPAL SALES TAX, TAX LIABILITY, COLLECTION, ASSESSMENT, TAXES, PAYMENT, CHARGE, FEES, SERVICES) CITE: 68 O.S. 2702 [68-2702] (JERRY C. BLACKBURN)